No. 561, Misc.  SHOTKIN v. KAPLAN ET AL.  Petition for appeal denied.

No. 562, Misc.  KRUSE v. BLAISDELL, DIRECTOR.  Motion for leave to file petition for writ of habeas corpus denied.

No. 571, Misc.  IN RE GRONWALD ET AL.  Motion for leave to file a petition for an original writ of habeas corpus and prohibition denied.  THE CHIEF JUSTICE, MR. JUSTICE REED, MR. JUSTICE FRANKFURTER, and MR. JUSTICE BURTON are of the opinion that there is want of jurisdiction.  U. S. Constitution, Article III, § 2, Clause 2; see *Ex parte Betz* and companion cases, all 329 U. S. 672 (1946); *Milch* v. *United States,* 332 U. S. 789 (1947); *Brandt* v. *United States,* 333 U. S. 836 (1948); *In re Eichel,* 333 U. S. 865 (1948).  MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS, MR. JUSTICE MURPHY, and MR. JUSTICE RUTLEDGE are of the opinion that the motion for leave to file should be granted and that the case should be set for argument forthwith.  MR. JUSTICE JACKSON took no part in the consideration or decision of this application.

No. 806.  LAWSON, DEPUTY COMMISSIONER, U. S. EMPLOYEES' COMPENSATION COMMISSION, v. SUWANNEE FRUIT & STEAMSHIP CO. ET AL.  C. C. A. 5th.  Certiorari granted.  *Solicitor General Perlman* for petitioner.  *Harry T. Gray* and *Sam R. Marks* for respondents.

No. 811.  UNITED STATES EX REL. PASELA v. FENNO, COMMANDING OFFICER.  C. C. A. 2d.  Certiorari granted.  *Frank A. Francis* and *Benedict M. Holden, Jr.* for petitioner.  *Solicitor General Perlman, Assistant Attorney*

858

*General Quinn, Robert S. Erdahl* and *Philip R. Monahan* for respondent.

No. 816. MARZANI *v.* UNITED STATES. United States Court of Appeals for the District of Columbia. Certiorari granted. *Osmond K. Fraenkel* and *Allan R. Rosenberg* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 567, Misc. TURNER *v.* PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari granted. *Edwin P. Rome* and *Clinton Budd Palmer* for petitioner.

No. 584. UNITED STATES EX REL. ACKERMANN *v.* O'ROURKE, OFFICER IN CHARGE; and
No. 585. UNITED STATES EX REL. ACKERMANN *v.* O'ROURKE, OFFICER IN CHARGE. C. C. A. 5th. Certiorari denied. *George C. Dix* and *E. M. Grimes* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison* and *Samuel D. Slade* for respondent. Reported below: 164 F. 2d 95.

No. 796. MASON *v.* MERCED IRRIGATION DISTRICT. C. C. A. 9th. Certiorari denied.

No. 797. REYNOLDS METALS Co. *v.* SKINNER ET AL. C. C. A. 6th. Certiorari denied. *Walter L. Rice* for petitioner. *Leo T. Wolford* for respondents.

Nos. 802 and 803. DEBARDELEBEN COAL CORP. *v.* OTT, COMMISSIONER OF PUBLIC FINANCE. C. C. A. 5th. Cer-